

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-5-2004

# Saudi Basic Ind v. Exxon Corp

Precedential or Non-Precedential: Precedential

Docket No. 03-2201

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Saudi Basic Ind v. Exxon Corp" (2004). *2004 Decisions.* Paper 757.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/757

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

SAUDI BASIC INDUSTRIES CORPORATION,
individually, And In The Name of,
And On Behalf Of;
AL-JUBAIL PETROCHEMICAL COMPANY, A Partnership

Appellant

v.

EXXON CORPORATION;
EXXON MOBIL CORPORATION

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 98-cv-04897)
District Judge: Honorable William H. Walls

_____

Argued December 9, 2003

_____

Before: AMBRO, FUENTES and CHERTOFF, <u>Circuit Judges</u>

**<u>ORDER  AMENDING  PUBLISHED  OPINION</u>**

AMBRO, *Circuit Judge*

It is now ordered that the published Opinion in the above case filed March 24, 2004, be amended as follows:

On the caption page, at the top of the second column, insert the name "Jack W. Campbell IV, Esq." on the second line after "Gregory A. Castanias, Esq." and before

"William K. Shirey II, Esq.".

On page 2, Footnote 2, insert at the beginning of the sentence the words "Kemya was" in front of "formed in 1980", and delete the phrase "Kemya is now a wholly owned subsidiary of ExxonMobil" at the end of the sentence, so that the sentence reads, "Kemya was formed in 1980 as a joint venture between SABIC and Exxon Chemical Arabia, Inc. (then a subsidiary of Exxon Corporation)."

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: April 5, 2004